UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ROMONDO LOVELESS,**<br>　　　　　　　　Plaintiff, | CV. 10-00892-HU |
| v. | ORDER AWARDING EAJA<br>ATTORNEY FEES |
| **MICHAEL J. ASTRUE**,<br>Commissioner of Social Security,<br>　　　　　　　　Defendant. | |

　　　　Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $7,500.00 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010).  If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Max Rae, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  Any check for EAJA fees shall be mailed to Plaintiff's counsel, Max Rae, at PO Box 7790, Salem, OR 97303-0175.

　　　　DATED this __10th__ day of May 2012.

　　　　　　　　　　　　　　　　　　/s/ Michael Simon
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Judge

Page 1.　ORDER AWARDING EAJA ATTORNEY FEES
　　　　　LOVELESS  v. ASTRUE, CV. 10-00892-HU

PRESENTED BY:
/s/ Max Rae
MAX RAE, OSB#81344
(503) 363-5424
Attorney for Plaintiff, Romondo Loveless

Page 2.   ORDER AWARDING EAJA ATTORNEY FEES
          LOVELESS  v. ASTRUE, CV. 10-00892-HU