UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ROMONDO LOVELESS,**
            Plaintiff,

v.

**MICHAEL J. ASTRUE**,
Commissioner of Social Security,
            Defendant.

CV. 10-00892-HU

ORDER AWARDING EAJA ATTORNEY FEES

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $7,500.00 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Max Rae, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Max Rae, at PO Box 7790, Salem, OR 97303-0175.

        DATED this  10th  day of May 2012.

                              /s/ Michael Simon
                              _____
                              United States District Judge

PRESENTED BY:
/s/ Max Rae
MAX RAE, OSB#81344
(503) 363-5424
Attorney for Plaintiff, Romondo Loveless

Page 2.    ORDER AWARDING EAJA ATTORNEY FEES
           LOVELESS  v. ASTRUE, CV. 10-00892-HU